**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    William Michael Verno          Case # 08-16752-RGM
    and
    Maryam Verno

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                       AMOUNT

Verizon                                      $7.22
Afni/ Verizon East
PO Box 3037
Bloomington, IL 61702-3037


Dated:      June 24, 2010      __/s/Thomas P. Gorman _____
                                       Thomas P. Gorman
                                       300 North Washington Street, Ste. 400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB#26421